# EXHIBIT A

484848

Yesterday • 2:00 PM

Do you need money?

What a coincidence. We have money.

Get your business funded with one simple click: http://bit.ly/BigThinkApply

-- Big Think Capital

Tap to load preview

Mon 2:00 PM

Text message

SMS