AO 440 (Rev. 06/12) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, EXHIBIT A**
EFFECTED (1) BY ME: _____
TITLE: **PROCESS SERVER**      DATE: 2/4/19 @ 11:45 AM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

BIG THINK CAPITAL INC. C/O NEW YORK SECRETARY OF STATE

Place where served:

ONE COMMERCE PLAZA  99 WASHINGTON AVENUE  ALBANY  NY  12231

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Amy Lesch, Supervisor

Relationship to defendant _____

Description of Person Accepting Service:

SEX: F   AGE: 40   HEIGHT: 5'6"   WEIGHT: 160 lbs   SKIN: White   HAIR: Brown   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/4/2019       _____ L.S.
SIGNATURE OF Brad S. Roy
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: AYTAN Y. BELLIN, ESQ.
PLAINTIFF: CRAIG CUNNINGHAM, ET AL
DEFENDANT: BIG THINK CAPITAL INC.
VENUE: DISTRICT
DOCKET: 2 19 CV 00638
COMMENT:

JB