UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRAIG CUNNIGHAM on behalf of himself and all
others similarly situated,

                      Plaintiff,

       -    against –

BIG THINK CAPITAL INC.,

                    Defendant.
------------------------------------------------------------X

19 cv 638 (ILG) (PK)

**CERTIFICATE OF DEFAULT**

      I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant BIG THINK CAPITAL INC., has not filed any answer or otherwise moved with respect to the Complaint herein.  The default of  defendant BIG THINK CAPITAL INC., is hereby noted pursuant to Rule 55(a)  of the  Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      July 15, 2019

                                      DOUGLAS C. PALMER, Clerk of the Court
                                      By: _____/s/Jalitza Poveda_____
                                                      Deputy Clerk