THOMPSON HINE

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
CHICAGO   CLEVELAND   DAYTON   WASHINGTON, D.C.

June 11, 2020

*Via ECF*

The Honorable Peggy Kuo
United States District Magistrate Judge
United States District Court
Eastern District of New York
Courtroom 11C South
225 Cadman Plaza East
Brooklyn, NY 11201

RE:  *Craig Cunningham v. Big Think Capital Inc.,* No. 2:19-cv-638 (ILG) (PK)

Dear Judge Kuo:

We represent defendant Big Think Capital Inc. ("Big Think") in the above-referenced case and write pursuant to Rule 6(A)(2)(a) of Your Honor's Individual Rules & Practices to certify that we have compiled with Your Honor's rule.  Big Think has electronically filed a Consent Motion to Stay the Action pending a resolution in U.S. Supreme Court case *Barr v. American Association of Political Consultants*, 19-631 (U.S. Jan. 10, 2020) [ECF No. 26]. Big Think's counsel has consulted with Plaintiff's counsel and Plaintiff's counsel has indicated that he does not object to a stay of this proceeding.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/Mendy Piekarski*

Mendy Piekarski

cc:  All Counsel of Record

Mendy.Piekarski@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3971

THOMPSON HINE LLP
ATTORNEYS AT LAW

335 Madison Avenue
12th Floor
New York, New York 10017-4611

www.ThompsonHine.com
O: 212.344.5680
F: 212.344.6101

4831-5253-7765.1