UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CRAIG CUNNINGHAM** on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br> -vs.-<br><br>**BIG THINK CAPITAL INC.,**<br><br>       Defendant. | **Case No. 2:19-cv-00638-ILG-PK**<br><br><br>**[PROPOSED] ORDER STAYING CASE** |

  Upon the filing of the Defendant's Motion to Stay these proceedings [Docket No. __ ], and the Plaintiff's response [Docket No. __], and upon due consideration, it is hereby,

  **ORDERED**, that this case is stayed pending a decision by the United States Supreme Court in *Facebook, Inc. v. Duguid,* 19-511 (U.S. July 9, 2020); and it is further

  **ORDERED**, that the parties shall meet and confer within seven days of a ruling by the Supreme Court in the above-referenced cases and notify the Court within five (5) days thereafter.

Dated: August __, 2020
  Brooklyn, New York

                      _____
                      United States District/Magistrate Judge