

July 20, 2020

<u>Via ECF</u>

The Honorable Peggy Kuo
United States District Magistrate Judge
United States District Court
Eastern District of New York
Courtroom 11C South
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Craig Cunningham v. Big Think Capital Inc.,* No. 2:19-cv-638 (ILG) (PK)

Dear Judge Kuo:

We represent Defendant Big Think Capital Inc. ("Big Think") in the above-referenced case and write pursuant to Rule 6(A)(2)(a) of Your Honor's Individual Rules & Practices to certify that we have complied with Your Honor's rule. Big Think has electronically filed a Motion to Continue the Stay in this Action pending a resolution of the U.S. Supreme Court's recent grant of certiorari in *Facebook, Inc. v. Duguid,* 19-511 (U.S. July 9, 2020) as it relates to this putative class action alleging that Big Think violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et. seq.* Big Think's counsel consulted with Plaintiff's counsel and Plaintiff's counsel has indicated that he does not consent to a continued stay of this proceeding.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/Mendy Piekarski*

Mendy Piekarski

cc: All Counsel of Record (*via ECF*)

Mendy.Piekarski@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3971

THOMPSON HINE LLP    335 Madison Avenue    www.ThompsonHine.com
ATTORNEYS AT LAW    12th Floor    O: 212.344.5680
New York, New York 10017-4611    F: 212.344.6101

4831-5253-7765.1