# BELLIN & ASSOCIATES LLC
### ATTORNEYS-AT-LAW
### 50 MAIN STREET, SUITE 1000
### WHITE PLAINS, NEW YORK 10606
### TEL (914) 358-5345
### FAX (212) 571-0284

April 19, 2020

**BY ECF**
Hon. Peggy Kuo, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Cunningham v. Big Think Capital Inc.*, 2:19 cv 638 (ILG) (PK)

Your Honor:

      I represent the plaintiff, Craig Cunningham ("Mr. Cunningham"), in the above-described action against Defendant Big Think Capital Inc. ("Big Think"). I am writing this joint letter with Big Think's counsel pursuant to this Court's April 14, 2021 order directing the parties to propose a briefing schedule for Mr. Cunningham's Motion to Amend the Complaint. The parties propose that Mr. Cunningham's opening papers be due by May 10, 2021, Big Think's opposition papers be due by June 1, 2021, and Mr. Cunningham's reply papers be due by June 15, 2021.

      Respectfully,

*/s/ Aytan Y. Bellin*
Aytan Y. Bellin, Esq.