UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CRAIG CUNNIGHAM** on behalf of himself and all others similarly situated,

       Plaintiff,

  -vs.-

**BIG THINK CAPITAL INC.,**

       Defendant.

Case No. 19 cv 638 (ILG) (PK)

## CORRECTED NOTICE OF MOTION TO AMEND COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support Plaintiff's Motion to Amend the Complaint and the Declaration of Aytan Y. Bellin in Support of Plaintiff's Motion to Amend the Complaint ("Bellin Decl."), Plaintiff hereby moves pursuant to Fed. R. Civ. P. 15 to amend the Complaint and file the Proposed Amended Complaint attached as Exhibit A. to the Bellin Decl., together with such other or further relief as the Court may deem just and proper.

Dated: White Plains, New York
    May 10, 2021

               BELLIN & ASSOCIATES LLC

               By: /s/Aytan Y. Bellin
               Aytan Y. Bellin, Esq.
               Bellin & Associates LLC
               50 Main Street, Suite 1000
               White Plains, NY 10606
               Tel: (914) 358-5345
               Fax: (212) 571-0284
               Email: aytan.bellin@bellinlaw.com

*Attorneys for Plaintiff and the Proposed Class*