UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CRAIG CUNNINGHAM**, on behalf of himself and all
Others similarly situated,

                              Plaintiffs,

    -vs.-

**BIG THINK CAPITAL INC.**,

                              Defendant.

**Case No. 19-cv-00638 (ILG) (PK)**

## JOINT STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: July 5, 2022

                              s/Aytan Y. Bellin
                              Aytan Y. Bellin
                              **BELLIN & ASSOCIATES LLC**
                              50 Main Street, Suite 1000
                              White Plains, NY 10606
                              Phone: (914) 358-5345
                              Fax: (212) 571-0284
                              aytan.bellin@bellinlaw.com
                              *Attorneys for Craig Cunningham*

Dated July 5, 2022

                              s/Jeffrey Ettenger
                              Jeffrey Ettenger
                              **SCHWARTZ ETTENGER, PLLC**
                              445 Broad Hollow Road, Suite 11747
                              Phone: (516) 497-2606
                              Fax: (631) 777-2402
                              JSE@selawny.com
                              *Attorneys for Big Think Capital Inc.*